Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

# UNITED STATES DISTRICT COURT RECEIVED

for the

Middle District of Alabama

Southern Division

2020 MAY 18 A II: 26

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

|  |  |  |
|---|---|---|
| Lola M. Smith | ) | Case No. ___1:20-cv-333-RAH-SRW___ |
| _____ | ) | *(to be filled in by the Clerk's Office)* |
| *Plaintiff(s)* | ) | |
| *(Write the full name of each plaintiff who is filing this complaint.* | ) | |
| *If the names of all the plaintiffs cannot fit in the space above,* | ) | Jury Trial: *(check one)*  ☒ Yes  ☐ No |
| *please write "see attached" in the space and attach an additional* | ) | |
| *page with the full list of names.)* | ) | |
| -v- | ) | |
|  | ) | |
|  | ) | |
| Honorable Ryan D. McCarthy | ) | |
| _____ | ) | |
| *Defendant(s)* | ) | |
| *(Write the full name of each defendant who is being sued. If the* | ) | |
| *names of all the defendants cannot fit in the space above, please* | ) | |
| *write "see attached" in the space and attach an additional page* | ) | |
| *with the full list of names.)* | ) | |

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

### I.  The Parties to This Complaint

#### A.  The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Lola Smith |
| Street Address | P.O. Box 1056 |
| City and County | Daleville, Dale County |
| State and Zip Code | AL 36322 |
| Telephone Number | 334-375-4448 |
| E-mail Address | Jeffery002@centurytel.net |

#### B.  The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Defendant No. 1

| | |
|---|---|
| Name | Honorable Ryan D. McCarthy |
| Job or Title *(if known)* | Secretary, U.S. DEPARTMENT OF THE ARMY, |
| Street Address | 101 Army Pentagon |
| City and County | Washington, |
| State and Zip Code | DC 20310-0101 |
| Telephone Number | |
| E-mail Address *(if known)* | https://www.army.mil/leaders/sa/ |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

### C.    Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | Lyster Army Health Clinic |
| Street Address | 301 Andrews Ave |
| City and County | Fort Rucker, Dale County |
| State and Zip Code | Al 36322 |
| Telephone Number | 334) 255-7000 |

## II.    Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☐    Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐    Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☒    Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐    Other federal law *(specify the federal law)*:

☐    Relevant state law *(specify, if known)*:

☐    Relevant city or county law *(specify, if known)*:

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

## III.   Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.   The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- ☐   Failure to hire me.
- ☐   Termination of my employment.
- ☐   Failure to promote me.
- ☐   Failure to accommodate my disability.
- ☐   Unequal terms and conditions of my employment.
- ☐   Retaliation.
- ☒   Other acts *(specify)*:   Involuntary early retirement/ ineligible for early retirement at the time.

   *(Note:  Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.   It is my best recollection that the alleged discriminatory acts occurred on date(s)

   September 26, 2012, September 30, 2012,

C.   I believe that defendant(s) *(check one)*:

- ☐   is/are still committing these acts against me.
- ☒   is/are not still committing these acts against me.

D.   Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- ☐   race   _____
- ☐   color   _____
- ☐   gender/sex   _____
- ☐   religion   _____
- ☐   national origin   _____
- ☐   age *(year of birth)* _____   *(only when asserting a claim of age discrimination.)*
- ☒   disability or perceived disability *(specify disability)*

   central retina vein Occlusion (eye pain), IBS (abdominal pain)

E.   The facts of my case are as follows.  Attach additional pages if needed.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

The plaintiff was employed on August 2010 as a Personnel Operations Specialist, GS 0301-09, by the U.S. Army Medical Command (MEDCOM) at the Lyster Army Health Clinic, Fort Rucker, Alabama. The appellant filed a Form CA-2 claim of injury for abdominal pain on May 8, 2012. On May 9, 2012, the plaintiff made her initial request to retire under the Voluntary Early Retirement due to health issues. Since the agency was not going to give her the VSIP , the plaintiff informed the agency that she was not going to retire. The plaintiff filed a CA-2 claim of injury for a central retinal vein occlusion on June 21, 2012. Plaintiff was on sick leave from June 21, 2012- August 1, 2012. She was diagnosed with Central Retinal Vein Occlusion (CRVO) and elevated blood pressure and she was under two different physicians. On August 1, 2012, plaintiff requested to go on FMLA. The signed request was submitted by the plaintiff's husband. The Agency informed the plaintiff, that the retirement application had been submitted and she had been approved. The plaintiff did not know that the agency had submitted the application without her approval. The plaintiff informed the agency on August 10, 2012, that she was not going to retire. The agency requested that the plaintiff go to CPAC to withdraw the VERA/VSIP application and she withdrew the application on August 10, 2012. The plaintiff informed the agency that she was coming back to work. After the agency found out that plaintiff was not going to retire, the agency requested medical documents . The plaintiff had an eye appointment on August 13, 2012. The plaintiff return to work on August 15, 2012 with a work excuse from August 13- August 15. 2012. The agency wanted an excuse from August 1, 2012 - August 10, 2012, but the plaintiff did not have it. After working on the computer all day on August 15, 2012, the plaintiff called into work on August 16 and informed the agency that she was having eye pain and she was taking sick leave. On return to work on August 17, 2012, the plaintiff was given an adverse action for sick leave taken for FMLA from August 1-. August 10, 2012. Plaintiff gave the work excuse to cover August 1, 2012- August 10 2012 to the agency, and the adverse action was rescinded. The plaintiff continued to have health issues and requested from MEDCOM to take the early retirement on September 19, 2012. MEDCOM stated it was ok, If she could be off the roll by 30 September 2012. Lyster Army Health clinic was not involved in the request. Plaintiff had an appointment with Retina physician on September 24, 2012. On the same day, the plaintiff's Retina Physician sent an email to an Optometrist and inform her of the plaintiff situation and a possible early retirement. On September 26, 2012, the plaintiff inform agency that she requested to retire due to health reason, but she rescinded it because she did not want to cause financial hard ship on her family. She requested to work in an area where she did not have to work on computers all day, but she was told that there was not anything available. She was told that her retirement would stand for 30 September 2012. The agency processed the retirement on Oct.6, 2012. The plaintiff received the incentive payment on Oct. 18, 2012. On approximately Oct 23, 2012, after she retired, she recieved a letter dated September 28, 2012 with an estimated retirement information from the Office of Personnel Management stating that "you are not eligible to retire for a voluntary retirement at this time. " " You have 19 years and 9 months and 3 days of creditable civilian service." " However you have 20 years and 19 days of potentially creditable civilian service that can be used toward establishing retirement eligibility if a deposit is paid." Another letter stated " I am aware that if OPM finds me ineligible to retire as a result to not paying the required deposit, I have no reinstatement rights and am not entitled to be restored to my former or any federal position." The plaintiff informed OPM that she did not have the money to pay the deposit and she was told it could come out of her retirement payment and the deposit did come from the retirement payment. The form was signed on Oct 23, 2012. The plaintiff was not ELIGIBLE to retire on 30 September 2012. The agency was aware of the plaintiff disability and they rushed the retirement through. Also, the plaintiff was not allowed to retire under the VERA/VSIP if she could apply for FERS disability retirement. The agency did not give the plaintiff an opportunity to apply to FERS disability retirement.

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

## IV.   Exhaustion of Federal Administrative Remedies

A.   It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

April 8, 2013

B.   The Equal Employment Opportunity Commission *(check one)*:

☐   has not issued a Notice of Right to Sue letter.

☒   issued a Notice of Right to Sue letter, which I received on *(date)*   2/20/2020   .

*(Note:  Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.   Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐   60 days or more have elapsed.

☐   less than 60 days have elapsed.

## V.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I am requesting for damages and emotional distress. Damages: I am requesting back pay from October 1, 2012 and front pay until age 60 which is the regular retirement age for a FERS employee. This is due to disability discrimination, involuntary retirement, and retaliation. The agency intentionally discriminated against me. I informed the agency that I had requested to take the early retirement because of medical reasons and I requested to rescind because I did not want to cause undue financial hardship on my family, but I was not allowed to rescind. I filed for Social Security benefits and I was denied. I receive a monthly retirement check with a little more than 1.5% of the $52,000 that I was making a year as a federal employee in Sept. 2012. I also receive money from my TSP investment monthly in which I am penalize 20 % when taxes are due because of my age. Financial hardship has been placed on my family. I am asking for a total of $520, 000 . This is the amount I would have made if I had not been discriminated against.

Emotional distress: I worked in a hostile environment for 2 years. I requested to be reassigned several times, but the command did not reassign me. The hostile environment caused some health issues. I am requesting 200,000 for emotional stress that caused my pre-existing high blood pressure to elevated in which I have some loss of vision in my eye and for the emotional stress that caused abdominal pain in which I have been diagnosed with a medical condition called Irritable bowel syndrome (IBS). Emotional distress: I filed for workers' compensation for over 3 years. I am requesting $300,000 for emotional stress. I filed for workers' compensation on May 8, 2012 for abdominal pain, I filed for eye injury, eye pain, and elevated blood pressure in June 2012. These injuries happened while working on the job and the agency was aware of them. I have had laser/eye surgery, but I still have some vision loss.I continue to go to the Retina physician  and Digestive health yearly. I continue taking medication for stomach pain due to stress  from the job.

## VI.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.     For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:        5/14/2020

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Signature of Plaintiff  *Lola M. Smith*

Printed Name of Plaintiff   Lola Smith

## B.        For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

Lola Smith

P.O. Box 1056

Daleville, AL
36322

U.S.D.C. Clerk of Court

one church street

Room B-110

montgomery, AL 36104